UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-9200 JVS (FFM) | Date | April 17, 2015 |
|---|---|---|---|
| Title | RONNIE LEE v. KELLY MITCHELL, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

     On April 15, 2015, petitioner filed a First Amended Petition which adds two grounds to the Petition: Grounds Six and Seven. Petitioner states that the new grounds are unexhausted. Therefore, petitioner is ordered to show cause within 30 days of the date of this order, why Grounds Six and Seven should not be dismissed for failure to exhaust.

|  | : |
|---|---|
| Initials of Preparer | JM |